**Opinion issued July 10, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00893-CR

———————————

**MOSES REED, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 208th District Court**
**Harris  County, Texas**
**Trial Court Case No. 1383508**

---

**MEMORANDUM OPINION**

Appellant, Moses Reed, has filed a motion to dismiss the appeal. The motion is signed by appellant and his attorney. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal.

Appellant also has filed a motion to expedite the issuance of our mandate. The motion establishes good cause for early issuance of the mandate as appellant is incarcerated in the Harris County jail pending resolution of this appeal. *See* TEX. R. APP. P. 18.1(c).

Accordingly, we grant appellant's motions, dismiss the appeal, and direct the Clerk to issue the mandate within 10 days of the date of this opinion. *See* TEX. R. APP. P. 18.1, 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.
Do not publish.  TEX. R. APP. P. 47.2(b).